OPINION -AG- **** INDUSTRIAL DEVELOPMENT AUTHORITY — AD VALOREM TAX **** IT WILL BE PRESUMED THAT SAID AUTHORITY FORMED AND CREATED UNDER THE ORGANIC LAW OF THE CITY AND PURSUANT TO THE PROVISIONS OF 62 O.S. 1961 653 [62-653], UNDER THE TERMS AND PROVISIONS OF 60 O.S. 1961, 176-180 [60-176] — [60-180]; THAT A VALID TRUST EXISTS; AND THAT THE DESIGNATED BENEFICIARY THEREOF IS THE CITY OF VINITA, OKLAHOMA. THEREFORE, PROPERTY HELD BY THE AUTHORITY AS TRUSTEE UNDER A TAXES, REGARDLESS OF THE USE TO WHICH SUCH PROPERTY IS PUT. CITE: ARTICLE X, SECTION 6, 68 O.S. 1961 15.2 [68-15.2], OPINION NO. 66-307, 62 O.S. 1961, 651-664 [62-651] — [62-664], 18 O.S. 1961 541 [18-541], OPINION NO. 67-438 (CARL ENGLING) ** SEE: OPINION NO. 77-106 (1977) **